UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>    Plaintiff,<br><br>    v.<br><br>PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY, et al.,<br><br>    Defendants. | Case No. 1:24-cv-00756-JPW<br><br>ELECTRONICALLY FILED |

**<u>JOINT MOTION FOR MODIFICATION OF STIPULATED JUDGMENTS</u>**

Plaintiff the Consumer Financial Protection Bureau (the "CFPB"), Defendant Trusts,[1] Defendant Pennsylvania Higher Education Assistance Agency ("PHEAA"), and Intervenor Pacific Investment Management Company LLC ("PIMCO"), in its capacity as investment manager or adviser for certain investment vehicles (the "PIMCO-Managed Funds") that own notes issued by Defendant Trusts, jointly move the Court to modify the Stipulated Final Judgments and Orders ("Stipulated Judgments") against the Trusts, Dkt. No. 50, and PHEAA, Dkt. No. 51, pursuant to

---

[1] The Trusts are the National Collegiate Master Student Loan Trust I, National Collegiate Student Loan Trust ("NCSLT") 2003-1, NCSLT 2004-1, NCSLT 2004-2, NCSLT 2005-1, NCSLT 2005-2, NCSLT 2005-3, NCSLT 2006-1, NCSLT 2006-2, NCSLT 2006-3, NCSLT 2006-4, NCSLT 2007-1, NCSLT 2007-2, NCSLT 2007-3, and NCSLT 2007-4.

Federal Rule of Civil Procedure 60(b)(5). The grounds for this Motion are set forth in the accompanying Brief in Support.

Dated: December 2, 2025

| | |
|---|---|
| Mark Paoletta<br>*Chief Legal Officer*<br>Victoria Dorfman<br>*Senior Legal Advisor*<br>Christopher Deal<br>*Deputy General Counsel*<br><br>/s/ *Adrienne Warrell*<br>Adrienne Warrell<br>Tel.: (202) 435-7189<br>adrienne.warrell@cfpb.gov<br><br>**CONSUMER FINANCIAL PROTECTION BUREAU**<br>1700 G Street NW<br>Washington, DC 20552<br>Facsimile: 202-435-7722<br><br>*Attorneys for Plaintiff*<br>*Consumer Financial Protection Bureau* | /s/ *Rachel Rodman*<br>Rachel Rodman (DC 493445)<br>(admitted *pro hac vice*)<br>**WHITE & CASE**<br>701 13th Street NW<br>Washington, DC 20005<br>Tel.: (202) 637-6281<br>rachel.rodman@whitecase.com<br><br>Steven E. Bizar (PA 68316)<br>Michael H. McGinley (PA 325545)<br>**DECHERT LLP**<br>2929 Arch Street<br>Philadelphia, PA<br>Tel.: 215-994-4000<br>steven.bizar@dechert.com<br>michael.mcginley@dechert.com<br><br>*Attorneys for Pacific Investment Management Co LLC* |

/s/ *Justin G. Weber*
Justin G. Weber (PA 89266)
**TROUTMAN PEPPER LOCKE**
100 Market Street, P.O. Box 1181
Suite 200
Harrisburg, PA 17108
Tel.: (717) 255-1170
justin.weber@troutman.com

*Attorneys for Defendant Pennsylvania Higher Education Assistance Agency*

/s/ *Scott D. Clements*
Scott D. Clements, Esquire (PA 78529)
**DICKIE, MCCAMEY &
  CHILCOTE, P.C.**
Four Gateway Center
444 Liberty Ave., Suite 1000
Pittsburgh, PA 15222
Tel.: (412) 281-7272
sclements@dmclaw.com

John C. Wells (DC 491292)
(admitted *pro hac vice*)
**WILMER CUTLER PICKERING HALE &
  DORR**
2100 Pennsylvania Ave NW
Washington, DC 20037
Tel.: (202) 663-6352
john.wells@wilmerhale.com

Thomas M. Oates (NY 5631817)
(admitted *pro hac vice*)
**WILMER CUTLER PICKERING HALE &
  DORR**
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel.: (212) 295-6543
tom.oates@wilmerhale.com

*Attorneys for Defendants National Collegiate Student Loan Trusts*

## **CERTIFICATE OF CONCURRENCE**

In accordance with Local Rule 7.1, I hereby certify that the Trusts' counsel has contacted and sought concurrence from the other parties to this Action. The Consumer Financial Protection Bureau, Pacific Investment Management Company, and Pennsylvania Higher Education Assistance Agency concur with and join in this Motion.

Respectfully submitted,

*/s/ John Wells*
John Wells

## **CERTIFICATE OF SERVICE**

    I hereby certify that on the 2nd day of December, 2025, I caused a copy of the foregoing document to be filed electronically using the Court's electronic filing system and served upon designated counsel of record for all parties in the above-captioned matter.

Respectfully submitted,

*/s/ Scott D. Clements*
Scott D. Clements